N. Maxwell Njelita, Esq. (CA Bar No. 200772)
TAYLOR & GOINS LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228

Attorneys for Plaintiffs Linda Pedraza, Francisco Pedraza and Michael Pedraza

Louis A. Leone, Esq. (CA Bar No. 099874)
Katherine A. Alberts, Esq. (CA Bar No. 212825)
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants Alameda Unified School District, Ardella Dailey, Alameda Unified School District Board of Education, Alan Nishino, David Wax and Theresa Anderberg.

Allan H. Keown, Esq. (CA Bar No. 061710)
CALIFORNIA DEPARTMENT OF EDUCATION
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155

Attorneys for Defendants California Department of Education and Jack O'Connell, the State Superintendent of Public Instruction

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: C05-04977 VRW<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE MEDIATION |

1

WHEREAS the Court heard the Defendants' Motions to Dismiss on June 1, 2006 and took the matter under submission;

WHEREAS the Court has yet to issue a ruling on Defendants' Motions to Dismiss;

WHEREAS the parties agree that it would be futile to mediate this matter prior to receiving the Court's ruling;

WHEREAS the Court has imposed a deadline of August 10, 2006 by which the parties were to have conducted a mediation session;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned counsel, that the deadline by which this case must be mediated will be extended to 60 days after the Court enters its ruling on the Defendants' Motions to Dismiss.

Dated: July 5, 2006

TAYLOR & GOINS LLP

By: _____
N. MAXWELL NJELITA
Attorneys for Plaintiffs
LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and as guardians ad litem on behalf of their son MICHAEL PEDRAZA

Dated: July 5, 2006

STUBBS & LEONE

By: _____
KATHERINE A. ALBERTS
Attorneys for Defendants
Alameda Unified School District, Ardella Dailey, Alameda Unified School District Board of Education, Alan Nishino, David Wax, and Theresa Anderberg

2

Dated: July 3, 2006      CALIFORNIA DEPARTMENT OF EDUCATION

By: _____
ALLAN H. KEOWN
Attorneys for Defendants
California Department of Education, and Jack O'Connell, the State Superintendent of Public Instruction

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that deadline for mediating the above captioned matter is now 60 days from the date upon which the Court enters its order regarding the Defendants' Motions to Dismiss.

Dated: July 11, 2006

_____
Hon. Vaughn R. Walker

UNITED STATES DISTRICT JUDGE