**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and on behalf of their son MICHAEL PEDRAZA,<br><br>    Plaintiffs,<br><br>  v<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT and THE CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA BOARD OF EDUCATION, ALAN NISHINO, individually and as Superintendent of the Alameda Unified School District, ARDELLA DAILEY, as superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda Unified School District, CALIFORNIA DEPARTMENT OF EDUCATION and JACK O'CONNELL, as State Superintendent of Public Instruction for the State of California,<br><br>    Defendants.<br>_____/ | No C 05-04977 VRW<br><br><br><br><br><br><br>ORDER |

    The court is in receipt of plaintiffs' letter requesting a meeting in chambers with plaintiffs and their counsel.  It would be inappropriate for the court to meet ex parte with plaintiffs and

their counsel.  Accordingly, plaintiffs' request is DENIED.  An order on the pending motions to dismiss will be forthcoming shortly.

    IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge