1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA PEDRAZA, et al.,

             Plaintiffs,

   vs.

ALAMEDA UNIFIED SCHOOL DISTRICT, et al.,

             Defendants.

_____/

No.06-4621 MEJ

NOTICE AND ORDER SETTING
SETTLEMENT CONFERENCE

TO ALL PARTIES and their Attorneys of Record:

       On September 7, 2007, Judge Maria-Elena James will conduct a Settlement Conference in this matter with **Plaintiffs Linda Pedraza, Francisco Pedraza, and their attorney or record, Vernon C. Goins. The Plaintiffs and their attorney shall appear IN PERSON**. Defendants and their counsel shall not appear. The Settlement Conference shall take place at 10:00 a.m., in Judge James' Chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. The Parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date. On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

1    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (414) 522-4708 with any questions.

2

3

4

5        **IT IS SO ORDERED.**

6

7    Dated: August 14, 2007

8                                                              MARIA-ELENA JAMES
                                                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

**United States District Court**
For the Northern District of California