IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA PEDRAZA, et al

        Plaintiff(s),

  vs.

ALAMEDA UNIFIED SCHOOL DIST, et al.,

        Defendant(s).
                            /

NO:  C-05-4977 VRW (MEJ)

NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE

     PLEASE TAKE NOTICE that on **December 3, 2007, at 2:00 p.m.**, Judge Maria-Elena James will conduct a Further Settlement Conference in this matter . The Settlement Conference shall take place in **Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

     Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: November 1, 2007

                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge