1

2      IN THE UNITED STATES DISTRICT COURT

3      FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  MP,                                No   C-07-05989 VRW

6        Plaintiff,

7        v

8  OFFICE OF ADMINISTRATIVE
   HEARINGS, et al,
9

10       Defendants.

11  _____

12  LINDA PEDRAZA, et al,

13       Plaintiffs,            No   C-07-04781 VRW

14       v

15  ALAMEDA UNIFIED SCHOOL DISTRICT,
   et al,
16

17       Defendants.

18  _____

   LINDA PEDRAZA and FRANCISCO
19  PEDRAZA, individually and on
   behalf of their son MP,
20

21       Plaintiff,            No   C-05-04977 VRW

22       v                          ORDER

23  ALAMEDA UNIFIED SCHOOL DISTRICT,
   et al,
24
         Defendants.
25  _____/

26       On December 14, 2007, the above-captioned cases, MP

27  v Office of Administrative Hearings, et al (No C-07-05989 VRW) and

28  Linda Pedraza, et al v Alameda Unified School District, et al (No

C-07-04781 VRW), were ordered related to Linda Pedraza and Francisco Pedraza v Alameda Unified School District, et al (No C-05-04977 VRW). Because Nos C-07-05989 and C-07-04781 concern the same claims and issues as No C-05-04977 and pursuant to FRCP 42(a), the actions are consolidated to avoid unnecessary costs or delay. The parties shall file all further pleadings and motions in No C-05-04977, and the clerk is ordered to close the files No C-07-05989 and No C-07-04781 and terminate any pending motions in those cases.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge