IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA, et al., | Case No. C-05-4977 VRW (MEJ) |
| Plaintiffs, | ORDER VACATING JANUARY 14, 2008 SETTLEMENT CONFERENCE |
| vs. | |
| ALAMEDA UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

The Court hereby vacates the settlement conference scheduled for January 14, 2008.

**IT IS SO ORDERED.**

Dated: January 8, 2008

MARIA-ELENA JAMES
United States Magistrate Judge