IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA, individually and on behalf of her son, Michael Pedraza, and FRANCISCO PEDRAZA, individually and on behalf of his son, Michael Pedraza,<br><br>     Plaintiffs,<br><br>     v<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, et al,<br><br>     Defendants.<br>_____/ | No   C 05-4977 VRW<br><br>ORDER TO SHOW CAUSE |

At the July 11, 2008 hearing in this matter, the court permitted Vernon C Goins, II, counsel for plaintiffs, to withdraw. At the hearing, Linda Pedraza indicated her intention to proceed pro se on her own behalf. Francisco Pedraza failed to appear. Michael Pedraza is now without representation. Now, therefore,

    1. Francisco Pedraza, having failed to appear, is ORDERED TO SHOW CAUSE in writing on or before July 24, 2008 why he should not be dismissed without prejudice from this action for

failure to prosecute. See FRCP 41(b). Good cause may be shown only by a statement by Francisco Pedraza that he intends to proceed pro se or through appearance of counsel on his behalf.

    2. Linda Pedraza and/or Francisco Pedraza are ORDERED TO SHOW CAUSE in writing on or before July 24, 2008 why Michael Pedraza should not be dismissed from this case without prejudice for lack of counsel, pursuant to <u>Johns v County of San Diego</u>, 114 F3d 874, 877 (9th Cir 1997).

    3. Linda Pedraza and/or Francisco Pedraza are ORDERED TO SHOW CAUSE in writing on or before July 24, 2008 why the claims under 42 USC § 1983 should not be stricken from the complaints in the event Michael Pedraza is dismissed from this case. See <u>Blanchard v Morton School District</u>, 509 F3d 934, 936 (9th Cir 2007).

Defendants may serve and file a reply to plaintiffs' responses to the show cause orders on or before August 8, 2008, upon which time the matter will be deemed submitted.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge