United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA, individually and on behalf of her son, Michael Pedraza, and FRANCISCO PEDRAZA, individually and on behalf of his son, Michael Pedraza,<br><br>    Plaintiffs,<br><br>    v<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, et al,<br><br>    Defendants.<br>_____/ | No   C 05-4977 VRW<br><br>ORDER |

On December 12, 2008, plaintiff Linda Pedraza ("Plaintiff") filed a statement requesting that the undersigned recuse himself. Doc #153. Plaintiff previously filed the same request, Doc #125 at 9, which the court denied because plaintiff had not enumerated any facts suggesting personal bias or prejudice by the undersigned. Doc #150 at 5. Plaintiff still has not alleged any facts to support a substitution of judge. Accordingly, plaintiff's request for a substitution of judge, Doc #153, is DENIED.

1    Plaintiff also moves for a renotice of all previously
2 terminated "motions, reconsiderations and filings."  Doc #153 at 2.
3 Because plaintiff has not obtained leave from the court to file a
4 motion for reconsideration pursuant to Civ L R 7-9(a), plaintiff's
5 motion for reconsideration is not properly before the court and
6 will not be considered.  To the extent it was docketed as a motion,
7 the clerk is directed to terminate Doc #153.

9    IT IS SO ORDERED.

   VAUGHN R WALKER
   United States District Chief Judge