IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA PEDRAZA, individually and
on behalf of her son, Michael
Pedraza, and FRANCISCO PEDRAZA,
individually and on behalf of his
son, Michael Pedraza,

       No   C 05-4977 VRW
           C 07-4781 VRW
           c 07-5989 VRW

           ORDER

      Plaintiffs,

      v

ALAMEDA UNIFIED SCHOOL DISTRICT,
et al,

      Defendants.

_____/

      On January 7, 2009, plaintiff Linda Pedraza filed an application to appeal in forma pauperis.  Doc #159 in 05-4977.  Her application does not contain the information required by FRAP 24(a)(1) and listed in Form 4 of the FRAP Appendix of Forms.  Accordingly, the court DENIES her application.

      IT IS SO ORDERED.

                       _____

                       VAUGHN R WALKER
                       United States District Chief Judge

United States District Court
For the Northern District of California