IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA PEDRAZA,                     No   C 05-4977 VRW

     Plaintiff,                      ORDER

     v

ALAMEDA UNIFIED SCHOOL DISTRICT, et al,

     Defendants.
_____/

        On January 28, 2009, defendants moved to dismiss plaintiff's complaint or alternatively for judgment on the pleadings. Docs ##163, 165-167. Plaintiff did not respond to these motions, as she had already filed a notice of appeal. Doc #156. On March 3, 2009, the court of appeals found that it lacked jurisdiction over plaintiff's interlocutory appeal. Doc #180. Accordingly, plaintiff must now submit her response to defendants' motions.

Plaintiff is ORDERED to respond to defendants' motions, Docs ##163, 165-167, within fourteen days from the date of this order. The hearing currently scheduled for March 19, 2009 is VACATED. The court will reschedule the hearing as necessary once plaintiff submits her response.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge