**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA PEDRAZA, individually and on behalf of her son, Michael Pedraza, and FRANCISCO PEDRAZA, individually and on behalf of his son, Michael Pedraza,<br><br>    Plaintiffs,<br><br>    v<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, et al,<br><br>    Defendants.<br>_____/ | No   C 05-4977 VRW<br><br>ORDER |

        The court has received plaintiff's opposition to defendants' motions for judgment on the pleadings, Doc #222, and for summary judgment, Doc #223.  Doc #225.  Plaintiff filed her opposition after the deadline for doing so had passed; nevertheless, the court will consider the merits of her opposition. If defendants wish, they may each file an opposition of not more than ten pages on or before November 19, 2010.  At that time, the

1  motions will be deemed submitted and no further briefing will be
2  considered.

4        IT IS SO ORDERED.

                                                    VAUGHN R WALKER
                                                    United States District Chief Judge